THE STATE EX REL. NELSON, APPELLANT, *v.*
TUBBS JONES, PROS. ATTY., APPELLEE.

[Cite as *State ex rel. Nelson v. Tubbs Jones* (1993), 67 Ohio St.3d 438.]

(No. 93–593—Submitted June 15, 1993—Decided October 6, 1993.)

*Carl A. Nelson, Sr., pro se.*

*Stephanie Tubbs Jones,* Cuyahoga County Prosecuting Attorney, and *Carol Shockley,* Assistant Prosecuting Attorney, for appellee.

*Per Curiam.* While we are aware of no procedural rule that authorizes the court to dismiss a case summarily on a question of law—see *State ex rel. Hanson v. Guernsey Cty. Bd. of Commrs.* (1992), 65 Ohio St.3d 545, 605 N.E.2d 378—we find on the merits that the court of appeals reached the right result and affirm its judgment based on *Fenley, supra,* and *State ex rel. Nelson v. Fuerst* (1993), 66 Ohio St.3d 47, 607 N.E.2d 836.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, RESNICK and F.E. SWEENEY, JJ., concur.

DOUGLAS, WRIGHT and PFEIFER, JJ., dissent for the reasons stated in Justice Wright's dissenting opinion in *State ex rel. Fenley v. Ohio Historical Soc.* (1992), 64 Ohio St.3d 509, 515–516, 597 N.E.2d 120, 125–126.